IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

RE: BOBBY R. JACKSON and              CASE NO: 4:12-bk-12109 T/B
SHARON R. JACKSON, Debtors            Chapter 13

MOTION TO SHORTEN LENGTH OF TIME FOR RESPONDING
TO DEBTORS' AMENDED MOTION FOR ORDER REOPENING CASE

Debtors, Bobby & Sharon Jackson, by and through their attorney, hereby request this Court to shorten the length of time for responding to debtors' Motion for Ordering Reopening Case to Pursue the Completion of the Financial Management Requirement and to Receive the Benefits of a Discharge for the following reasons:

1. Debtors filed for relief under Chapter 13 of the United States Bankruptcy Code on April 9, 2012.

2. On February 6, 2018, debtors filed a Motion for Order Reopening Case to Pursue the Completion of the Financial Management Requirement and to Receive the Benefits of a Discharge.

3. Debtors request that any responses or objections to the motion be filed within ten (10) days as opposed to twenty-one (21) days to avoid creditor collection activities.

WHEREFORE, the debtors request that this motion be granted, that the requirement of responding or objecting to Debtors' Motion for Order Reopening Case be set at ten (10) days, and for any other relief to which they may be entitled.

DATED: February 7, 2018

Respectfully submitted,

/s/ Robert R. Danecki
Robert R. Danecki (92105)
DANECKI LAW FIRM, PLC
Attorney for Debtor(s)
P.O. Box 1938
Little Rock, AR 72203
(501) 371-0002

CERTIFICATE OF SERVICE

I, Robert R. Danecki, do hereby certify that a copy of the foregoing has been provided to:

Joyce B. Babin
Chapter 13 Trustee
P.O. Box 8064
Little Rock, AR 72203

and to all creditors appearing on the debtors' matrix by electronic notification and/or U.S. Mail, postage prepaid, on this  7th  day of February, 2018.

/s/ Robert R. Danecki
Robert R. Danecki