# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0860–4 | User: ashley | Date Created: 2/28/2018 |
| Case: 4:12–bk–12109 | Form ID: 3180W | Total: 87 |

**Recipients of Notice of Electronic Filing:**
ust    U.S. Trustee (ust)    USTPRegion13.LR.ECF@usdoj.gov
tr    Joyce Bradley Babin    ecfmail@13ark.com
aty    Jennifer Wyse    ARECF@wilson–assoc.com
aty    Josh E. McHughes    josh@mchugheslaw.com
aty    Robert R. Danecki    Robert@danecki.com

                                                    TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Bobby R Jackson, III    9219 Hwy 229    Traskwood, AR 72167
jdb    Sharon R Jackson    9219 Hwy 229    Traskwood, AR 72167
cr    Wells Fargo Bank, N.A..    Payment Processing    1 Home Campus, Mac X2302–04C    Des Moines, IA 50328
cr    The Gastro–Intestinal Center, Inc.    c/o Josh W. Fink    P.O. Box 7730    Little Rock, AR 72217
cr    Rick H. Young    1517 Military Road    Benton, AR 72015
aty    Stephen P. Lamb    Attorney at Law    PO Box 1027    Beebe, AR 72012–1027
4910214    ACM    P.O. Box 250531    Little Rock, AR 72225–0531
4910215    Adams Pest Control    12324 Stagecoach Road    Little Rock, AR 72209
4910216    Arctech, Inc.    P.O. Box 10546    Conway, AR 72034
5886459    Arkansas Anesthesia Associates PLLC    P.O. Box 1131    Searcy, AR 72145–1131
4910217    Arkansas Health Group Anesthesia    904 Autumn Road, #500    Little Rock, AR 72211
4910218    Baptist Health Medical Center    c/o Service Finance    11900 Colonel Glenn Road    Little Rock, AR 72210
4910220    CCB Credit Services, Inc.    5300 S. 6th Street    Springfield, IL 62703
4910219    Capital One Bank    c/o Stephen Lamb    P.O. Box 1027    Beebe, AR 72012
4910213    Chex Systems, Inc.    7805 Hudson Road, Suite 100    Saint Paul, MN 55125
4910221    Complete Care    P.. Box 13440    Maumelle, AR 72113–0440
4910631    Credit Acceptance    25505 West 12 Mile Rd    Suite 3000    Southfield, MI 48034
4910222    Credit Acceptance Corporation    c/o Josh E. McHughes    P.O. Box 2180    Little Rock, AR 72203
4910223    Credit Control Company, Inc.    P.O. Box 55165    Little Rock, AR 72215
4910224    Department Work Force Services    Benefit Payment Control    P.O. Box 8060    Little Rock, AR 72203
4910225    Discover    P.O. Box 15410    Wilmington, DE 19850
4910226    Disney Movie Club    P.O. Box 758    Neenah, WI 54957–0758
4910227    Donald D. Cobb    6600 Baseline Road    Little Rock, AR 72209
4910228    Donald S. Walsh M.D.    Saline Orthopedic Group, P.A.    105 McNeil Street    Benton, AR 72015
4910212    Equifax Information Service Center    Attn: Dispute Resolution Department    P.O. Box 105873    Atlanta, GA 30348
4910210    Experian Information Solutions    Attn: Dispute Department    701 Experian Parkway    P.O. Box 2002    Allen, TX 75013
4910229    Financial Recovery Services, Inc.    P.O. Box 385908    Minneapolis, MN 55438–5908
4910230    Fingerhut    P.O. Box 166    Newark, NJ 07101–0166
4910231    First Collection Services    10925 Otter Creek E. Blvd.    Mabelvale, AR 72103
4910232    First Premier Bank    P.O. Box 5524    Sioux Falls, SD 57117–5524
4910233    First Security Bank    P.O. Box 1009    Searcy, AR 72145
4910235    GEMB/ JC Penney    P.O. Box 981402    El Paso, TX 79998
4910234    Galaxy Asset Purchasing, LLC    c/o Leading Edge Recovery Solutions    5440 North Cumberland Avenue, Suite 300    Chicago, IL 60656–1490
4910237    HSBC    c/o Professional Recovery Service, Inc.    P.O. Box 1880    Voorhees, NJ 08043
4910238    HSBC/Household Bank    P.O. Box 5222    Carol Stream, IL 60197–5222
4910236    Hibernia National Bank    P.O. Box 61336    New Orleans, LA 70161
4910239    I.C. Systems, Inc.    P.O. Box 64887    Saint Paul, MN 55164–0887
4910240    John W. Fink    P.O. Box 7730    Little Rock, AR 72217
4910241    Joseph K. Buchman, MD    500 S. University, #720    Little Rock, AR 72203
4910242    Joseph M. Mazurek, DDS MS    6500 Baseline Road    Little Rock, AR 72209
4974441    LVNV Funding, LLC its successors and assigns as    assignee of GE Capital    Resurgent Capital Services    PO Box 10587    Greenville, SC 29603–0587
4910243    Little Rock Anesthesia Services, PLLC    500 South University, Suite 505    Little Rock, AR 72205
4910247    MSCB    1410 Industrial Park Road    Paris, TN 38242
4910248    MSCB, Inc.    P.O. Box 1567    Paris, TN 38242–1567
4910244    Markham Emergency Physicians    P.O. Box 98657    Las Vegas, NV 89193
4910245    Metlife    c/o Bank of America    P.O. Box 2278    Norfolk, VA 23501–2278
5886463    Mid–South adjustment Co., Inc.    316 West 6th Street, Suite A    Pine Bluff, AR 71601–4217
4910246    Midland Credit Management    P.O. Box 60578    Los Angeles, CA 90060
4912596    Midland Credit Management, Inc.    2365 Northside Drive, Suite 300    San Diego, CA 92108
4910249    NCO Financial Systems    P.O. Box 13867, Dept. 84    Philadelphia, PA 19101–3867
4910250    North Shore Agency , Inc.    270 Spagnoli Road    Suite 111    Melville, NY 11747
4910251    Orchard Bank    HSBC Card Services    P.O. Box 80084    Salinas, CA 93912–0084

| | | | | |
|---|---|---|---|---|
| 4910257 | PYOD, LLC | c/o Allied Interstate | 3000 Corporate Exchamnge Drive, 5th Floo | Columbus, OH 43231 |
| 4974443 | PYOD, LLC its successors and assigns as assignee | of B–Line, LLC | Resurgent Capital Services | PO Box 19008  Greenville, SC 29602 |
| 4910252 | Portfolio Recovery Associates | P.O. Box 12914 | Norfolk, VA 23541 | |
| 4918963 | Portfolio Recovery Associates, LLC | POB 12914 | Norfolk VA 23541 | |
| 4910253 | Portfolo Recovery Associates, LLC | P.O. Box 12914 | Norfolk, VA 23541 | |
| 4910254 | Powell Sanitation | P.O. Box 208 | Bauxite, AR 72011 | |
| 5886460 | Professional Consulting Services, Inc. | P.O. Box 95010 | North Little Rock, AR 72190–2010 | |
| 4910255 | Professional Recovery Services, Inc. | P.O. Box 1880 | Voorhees, NJ 08043 | |
| 4910256 | Prospective Health LTD | 1304 Military Road | Benton, AR 72015 | |
| 4928706 | Quantum3 Group LLC as agent for | Galaxy Asset Purchasing LLC | PO Box 788 | Kirkland, WA 98083–0788 |
| 4928749 | Quantum3 Group LLC as agent for | Galaxy Portfolios LLC | PO Box 788 | Kirkland, WA 98083–0788 |
| 4910258 | Radiology Associates, P.A. | 500 South University, Suite 604 | Little Rock, AR 72205 | |
| 4910259 | Regions Bank | Attn: Recovery Department | P.O. Box 10063 | Birmingham, AL 35202 |
| 4910260 | Resurgent Capital Services | P.O. Box 10587 | Greenville, SC 29603 | |
| 5886461 | Rex Luttrell, M.D. | 5 Medical Park Drive, Ste #308 | Benton, AR 72015 | |
| 5886462 | Saline Memorial Hospital | #1 Medical Park Drive | Benton, AR 72015 | |
| 4910261 | Saline Memorial Hospital | P.O. Box 2830 | Benton, AR 72018 | |
| 5886465 | Saline Memorial Hospitalist Group | P.O. Box 1615 | Searcy, AR 72145 | |
| 4910580 | Scot Kerr | P.O. Box 1472 | Stuttgart, AR 72160 | |
| 4910262 | Soutwest Hospital | 11404 Hwy I–30 | Little Rock, AR 72209 | |
| 4910263 | St. Vincent Health Systems | Two St. Vincent Circle | Little Rock, AR 72205 | |
| 4910267 | TRS Recovery Services, Inc. | P.O. Box 4812 | Houston, TX 77210 | |
| 5886464 | The Dowler Law Firm | P.O. Box 803 | Benton, AR 72018 | |
| 4910264 | The Gastro–Intestinal Center | 405 N University | Little Rock, AR 72205 | |
| 4910265 | The Law Office of Alan Pritchard, PLLC | P.O. Box 910 | Paris, TN 38242 | |
| 4910266 | The Womens Clinic | 500 S University 414 | Little Rock, AR 72205 | |
| 4910211 | Trans Union Corporation | Attn: Dispute Department | 2 Baldwin Place | P.O. Box 1000  Chester, PA 19022 |
| 5145434 | WELLS FARGO BANK N.A. | ATTENTION BANKRUPTCY DEPARTMENT | /MAC #D3347–014  3476 STATEVIEW BLVD | FORT MILL, SOUTH CAROLINA 29715 |
| 4910268 | Wells Fargo Home Mortgage | P.O. Box 1230 | Charlotte, NC 28201 | |
| 4910269 | Zales | P.O. Box 8181 | Johnson City, TN 37615 | |

TOTAL: 82